IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )  Criminal No. 08-81<br>) |
| BARBARA S. HOFFMAN | ) |

ORDER OF COURT

AND NOW, to wit, this 21st day of July, 2009, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No. 08-81 as to defendant Barbara S. Hoffman is hereby DISMISSED.

/s/ _____
UNITED STATES DISTRICT JUDGE

cc:  Counsel for Defendant
     United States Attorney
     United States Marshals Service
     Pretrial Services